**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01724-REB-MEH

CONSECO, INC., as a Delaware corporation and on behalf of its officers and directors,

    Plaintiff,

v.

BRUCE D. SMITH, a Colorado resident, and
SERENA JO CALER, a Colorado resident,

    Defendants.

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

**Blackburn, J.**

This matter is before me on the plaintiff's **Motion for Determination if an Appointment of Counsel Pursuant to 50 U.S.C. § 520(1) is Necessary, and for Entry of Default Judgment Pursuant to** FED. R. CIV. P. 55(b)(2) [#30], filed May 23, 2006. The motion is denied.

The defendants have been served with summonses and the amended complaint. The only response the *pro se* defendants have filed are copies of the amended complaint with a stamped legend on each page stating:

> Accepted For Value and Returned For closure and discharge Without Dishonor and Without Recourse for me.  Failure to state a claim on which relief can be granted.

*See docket entries* [#9] and [#10]. Interpreting these filings liberally, as I must, I conclude that these filings must be read as an answer and general denial. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (*pro se* litigant's pleadings to be

construed liberally). In this context, neither an entry of default nor the entry of a default judgment is appropriate.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Motion for Determination if an Appointment of Counsel Pursuant to 50 U.S.C. § 520(1) is Necessary, and for Entry of Default Judgment Pursuant to** FED. R. CIV. **P. 55(b)(2)** [#30], filed May 23, 2006, is **DENIED**.

Dated October 3, 2006, at Denver, Colorado.

                                             **BY THE COURT:**

                                             **s/ Robert E. Blackburn**
                                             **Robert E. Blackburn**
                                             **United States District Judge**